```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIA ISSAKOVA, ET AL.,

                Plaintiffs,

-v-

THE ANTHEM COMPANIES, INC., ET AL.,

                Defendants.

<u>ORDER OF SERVICE</u>

24-CV-8718 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff paid the filing fees to commence this action. By order of reference dated November 19, 2024, this case was referred to a Magistrate Judge for general pretrial supervision, ECF No. 2, and on November 20, 2024 the referral was reassigned to me.

The Clerk of Court is respectfully directed to issue summonses as to Defendants The Anthem Companies, Inc. and The Elevance Health Companies, Inc. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, I may recommend that the Court dismiss

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint and paid the filing fee because there was a filing error. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

1

2

the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

Dated: December 19, 2024
      New York, New York

Henry J. Ricardo
United States Magistrate Judge