UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIA ISSAKOVA, ET AL.,

                Plaintiffs,

       -v-

THE ANTHEM COMPANIES, INC.,
ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/2/2025

**ORDER**

24-CV-8718 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated September 23, 2025, the Court entered an amended scheduling order setting the deadline for all Phase I discovery on October 29, 2025 and the deadline for any motion for conditional collective certification and for court-authorized notice to similarly situated employees on November 29, 2025.  ECF No. 56.  In the original Case Management Plan and Scheduling Order, ECF No. 27, the parties proposed and the court approved discovery to proceed in two phases, in which the parties would move for collective certification and FLSA notice approval after Phase I and then the parties would propose a second case management plan and scheduling order after the resolution of those motions.

Phase I discovery closed on October 29, 2025 and the parties reported that Phase I discovery was substantially completed, save for some follow up, as of October 31, 2025.  ECF No. 61.  The deadline for any motion for conditional collective certification and for court-authorized notice to similarly situated

1

employees was November 29, 2025, and no such motion was filed nor was any extension of that deadline requested.

Accordingly, by **December 10, 2025**, the parties are directed to file a joint status report addressing what if anything needs to be done before this action proceeds to summary judgment and/or trial.

**SO ORDERED.**

Dated: December 2, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2