UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIA ISSAKOVA, ET AL.,

                Plaintiffs,

       -v-

THE ANTHEM COMPANIES, INC.,
ET AL.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/15/2026_
```

**SCHEDULING ORDER**

24-CV-8718 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 31, 2026, the Court was advised that the parties had reached a settlement in principle. ECF No. 70. On April 14, 2026, this case was reassigned to the undersigned on consent of all parties. ECF No. 73. By **May 6, 2026**, the Parties are directed to file a joint letter explaining why the settlement should be approved under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), along with the settlement agreement, the attorney fee agreement, contemporaneous billing records for fees and costs, and any other necessary information.

**SO ORDERED.**

Dated: April 15, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1