UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIA ISSAKOVA, ET AL.,

                Plaintiffs,

      -v-

THE ANTHEM COMPANIES, INC.,
ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/30/2026

**ORDER**

24-CV-8718 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A discussion was held about the proposed settlement on June 30, 2026.  The

Parties shall submit a revised settlement letter by **July 21, 2026**.

**SO ORDERED.**

Dated: June 30, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1